IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANNON WILLIAMS, | ) | 4:12CV3217 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SUSAN DEVETTER et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. Pending before the court is Plaintiff's Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) However, Plaintiff did not submit a certified trust account statement with his Motion. (*See* Docket Sheet.) The court can take no action in this matter until Plaintiff either submits the $350.00 filing fee or a certified trust account statement. Plaintiff shall have until January 4, 2013, to either pay the entire $350.00 filing fee or submit a certified trust account statement. In the event that Plaintiff fails to comply with this Memorandum and Order, this matter will be dismissed without prejudice and without further notice.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until **January 4, 2013**, to pay the entire $350.00 filing fee or submit a certified trust account statement in support of his Motion to Proceed In Forma Pauperis. In the event that Plaintiff fails to comply with this Memorandum and Order, this matter will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: January 4, 2013: Check for institutional trust account statement.

DATED this 5th day of December, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.