IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANNON WILLIAMS, | ) | 4:12CV3217 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SUSAN DEVETTER, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Plaintiff's duplicative Motion for Extension of Time to pay his initial partial filing fee, which was filed on February 8, 2013. (Filing No. 11.)  The court granted a similar Motion on February 5, 2013.  (Filing No. 10.)  Accordingly,

    IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time (filing no. 11) is denied as duplicative and moot.

    DATED this 19th day of February, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.